IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**CHRISTOPHER FAIN; ZACHARY MARTELL; and BRIAN MCNEMAR,**
individually and on behalf of all others similarly situated,

             **Plaintiffs,**

vs.                                         Case No.: 3:20-cv-00740
                                                 Judge Robert C. Chambers

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; TED CHEATHAM, in his official capacity as Director of the West Virginia Public Employees Insurance Agency; and THE HEALTH PLAN OF WEST VIRGINIA, INC.,**

             **Defendants.**

## STIPULATION REGARDING ANSWER DEADLINE

COME NOW Defendant, Defendant Ted Cheatham, in his official capacity as Director of the West Virginia Public Employees Insurance Agency, along with Plaintiffs, by and through counsel, and stipulate and agree that the original deadline of December 9, 2020 for an Answer or response to the Complaint has been extended to January 11, 2021. Pursuant to LR Civ P 11.2 and 12.1, the new deadline to Answer or respond to the Complaint for Defendant Ted Cheatham, in his official capacity as Director of the West Virginia Public Employees Insurance Agency is now January 11, 2021.

1

**TED CHEATHAM, in his official capacity as Director of the West Virginia Public Employees Insurance Agency,**

BY COUNSEL

/s/ Eric D. Salyers
Perry W. Oxley, Esq. (WVSB # 7211)
David E. Rich, Esq. (WVSB #9141)
Eric D. Salyers, Esq. (WVSB #13042)
Christopher K. Weed (WVSB #13868)
**OXLEY RICH SAMMONS, PLLC**
P.O. Box 1704
517 9th Street, Suite 1000
Huntington, West Virginia 25718
Phone: (304) 522-1138
Fax: (304) 522-9528
poxley@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
cweed@oxleylawwv.com


**PLAINTIFFS,**

BY COUNSEL

/s/ Walt Auvil
Walt Auvil, WVSB No. 190
**THE EMPLOYMENT LAW CENTER, PLLC**
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058
Facsimile: 304-485-6344
auvil@theemploymentlawcenter.com

Avatara Smith-Carrington, Visiting Attorney
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: 214-219-8585
Facsimile: 214-219-4455
asmithcarrington@lambdalegal.org
*Counsel for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**CHRISTOPHER FAIN; ZACHARY MARTELL; and BRIAN MCNEMAR,** individually and on behalf of all others similarly situated,

           **Plaintiffs,**

vs.

Case No.:  3:20-cv-00740
Judge Robert C. Chambers

**WILLIAM CROUCH,** in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; **CYNTHIA BEANE,** in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; **WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; TED CHEATHAM,** in his official capacity as Director of the West Virginia Public Employees Insurance Agency; and **THE HEALTH PLAN OF WEST VIRGINIA, INC.,**

           **Defendants.**

## CERTIFICATE OF SERVICE

I, Eric D. Salyers, Esq., counsel for Defendant Ted Cheatham, in his official capacity as Director of the West Virginia Public Employees Insurance Agency, electronically filed the foregoing **"Stipulation Regarding Answer Deadline"** on this **2nd** day of **December, 2020,** with the Clerk of the Court using the CM/ECF system, which will send notification of filing, and a copy of the same, to the following CM/ECF participants:

| Walt Auvil, WVSB No. 190<br>THE EMPLOYMENT LAW CENTER, PLLC<br>1208 Market Street<br>Parkersburg, WV 26101<br>Phone: 304-485-3058<br>Facsimile: 304-485-6344<br>auvil@theemploymentlawcenter.com<br>*Counsel for Plaintiffs* | Avatara Smith-Carrington, Visiting Attorney<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>3500 Oak Lawn Avenue, Suite 500<br>Dallas, TX 75219<br>Phone: 214-219-8585<br>Facsimile: 214-219-4455<br>asmithcarrington@lambdalegal.org<br>*Counsel for Plaintiffs* |

3

<table>
<tr><td>

Anna P. Prakash, Visiting Attorney
Nicole J. Schladt, Visiting Attorney
NICHOLS KASTER, PLLP
IDS Center, 80 South 8th Street
Suite 4600
Minneapolis, MN 55402
Phone: 612-256-3200
Facsimile: 612-338-4878
aprakash@nka.com
nschladt@nka.com
*Counsel for Plaintiffs*

</td><td>

Tara L. Borelli, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308
Phone: 470-225-5341
Facsimile: 404-897-1884
tborelli@lambdalegal.org
*Counsel for Plaintiffs*

</td></tr>
<tr><td>

Sasha Buchert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245
Facsimile: 202-429-9574
sbuchert@lambdalegal.org
*Counsel for Plaintiffs*

</td><td>

Nora Huppert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
Phone: 213-382-7600
Facsimile: 213-351-6050
nhuppert@lambdalegal.org
*Counsel for Plaintiffs*

</td></tr>
</table>

/s/ Eric D. Salyers
Perry W. Oxley, Esq. (WVSB #7211)
David E. Rich, Esq. (WV Bar #9141)
Eric D. Salyers, Esq. (WVSB #13042)
Christopher K. Weed, Esq. (WVSB #13868)