## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**CHRISTOPHER FAIN; ZACHARY
MARTELL; and BRIAN MCNEMAR,**
Individually and on behalf of all others
similarly situated,

|  |  |
|---|---|
| **Plaintiffs,** | **Civil Action No. 3:20-cv-00740** |
|  | **CLASS ACTION COMPLAINT** |
| **v.** |  |

**WILLIAM CROUCH,** in his official capacity as
Cabinet Secretary of the West Virginia
Department Of Health and Human Resources;
**CYNTHIA BEANE,** in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; **WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, BUREAU FOR MEDICAL
SERVICES; TED CHEATHAM,** in his official
Capacity as Director of the West Virginia Public
Employees Insurance Agency; and **THE
HEALTH PLAN OF WEST VIRGINIA, INC.**

**Defendants.**

## STIPULATION EXTENDING TIME FOR DHHR DEFENDANTS TO
## ANSWER THE AMENDED COMPLAINT

Now come the plaintiffs, by counsel, and defendants William Crouch, Cynthia Beane and

West Virginia Department of Health and Human Resources, by counsel, and enter this stipulation

that these defendants were granted an extension of the time in which to respond to the Complaint.

By agreement, the responsive pleading will be due on January 11, 2021.

Prepared by:

*/s/ Lou Ann S. Cyrus*
Lou Ann S. Cyrus, Esquire (WVSB#6558)
Roberta F. Green, Esquire (WVSB#6598)
Caleb B. David, Esquire (WVSB#12732)
Kimberly M. Bandy, Esquire (WVSB#10081)
Shuman McCuskey Slicer PLLC
Counsel for Defendants
P.O. Box 3953
Charleston, WV 25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com


Reviewed and Stipulated by:

*/s/ Walt Auvil*
Walt Auvil (WVSB#190)
The Employment Law Center, PLLC
1208 Market Street
Parkersburg, WV 26101-4323
(304) 485-3058
(304) 485-6344 (fax)
auvil@theemploymentlawcenter.com

and

Avatara Smith-Carrington, Visiting Attorney
Lambda Legal
3500 Oak Lawn Avenue, Suite 500
Dallas Texas 75219-6722
(214) 219-8585
(214) 219-4455 (fax)
asmithcarrington@lambdalegal.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**CHRISTOPHER FAIN; ZACHARY**
**MARTELL;** and **BRIAN MCNEMAR,**
Individually and on behalf of all others
similarly situated,

**Plaintiffs,**

**v.**

**WILLIAM CROUCH,** in his official capacity as
Cabinet Secretary of the West Virginia
Department Of Health and Human Resources;
**CYNTHIA BEANE,** in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; **WEST VIRGINIA**
**DEPARTMENT OF HEALTH AND HUMAN**
**RESOURCES, BUREAU FOR MEDICAL**
**SERVICES; TED CHEATHAM,** in his official
Capacity as Director of the West Virginia Public
Employees Insurance Agency; and **THE**
**HEALTH PLAN OF WEST VIRGINIA, INC.**

**Defendants.**

**Civil Action No. 3:20-cv-00740**

**CLASS ACTION COMPLAINT**

## CERTIFICATE OF SERVICE

Now come the plaintiffs, by counsel, and defendants William Crouch, Cynthia Beane and

West Virginia Department of Health and Human Resources, by counsel, do hereby certify that on

the 9th day of December, 2020, the foregoing **"STIPULATION EXTENDING TIME FOR**

**DHHR DEFENDANTS TO ANSWER THE AMENDED COMPLAINT"** was electronically

filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic

Filing to, and constitutes service on:

3

Walt Auvil (WVSB#190)
The Employment Law Center, PLLC
1208 Market Street
Parkersburg, WV 26101-4323
(304) 485-3058
(304) 485-6344 (fax)
auvil@theemploymentlawcenter.com

and

Avatara Smith-Carrington, Visiting Attorney
Lambda Legal
3500 Oak Lawn Avenue, Suite 500
Dallas Texas 75219-6722
(214) 219-8585
(214) 219-4455 (fax)
asmithcarrington@lambdalegal.org

*/s/ Lou Ann S. Cyrus*
Lou Ann S. Cyrus, Esquire (WVSB 6588)
Roberta F. Green, Esquire (WVSB#6598)
Caleb B. David, Esquire (WVSB#12732)
Kimberly M. Bandy, Esquire (WVSB 10081)