IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN; ZACHARY
MARTELL; and BRIAN MCNEMAR,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

v.                                                CIVIL ACTION NO. 3:20-cv-00740
                                                  JUDGE CHAMBERS

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES; TED CHEATHAM, in his official
capacity as Director of the West Virginia Public
Employees Insurance Agency; and THE
HEALTH PLAN OF WEST VIRGINIA, INC.,

      Defendants.

## DEFENDANT THE HEALTH PLAN OF WEST VIRGINIA, INC.'S
## MOTION TO DISMISS

Defendant The Health Plan of West Virginia, Inc., by counsel, hereby moves this Honorable Court to dismiss Defendant from this civil action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum in support of such motion is being filed herewith.

                                                    */s/ Stuart A. McMillan*
                                                    Stuart A. McMillan (WVSB #6352)
                                                    BOWLES RICE LLP
                                                    600 Quarrier Street
                                                    Charleston, West Virginia  25301
                                                    (304) 347-1110
                                                    Fax: (304) 347-1746
                                                    smcmillan@bowlesrice.com

2

        Aaron C. Boone (WVSB #9479)
BOWLES RICE LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, West Virginia  26102
(304) 420-5501
Fax:  (304) 420-5587
aboone@bowlesrice.com

*Counsel for Defendant The Health Plan of West Virginia, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN; ZACHARY
MARTELL; and BRIAN MCNEMAR,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

v.

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES; TED CHEATHAM, in his official
capacity as Director of the West Virginia Public
Employees Insurance Agency; and THE
HEALTH PLAN OF WEST VIRGINIA, INC.,

        Defendants.

CIVIL ACTION NO. 3:20-cv-00740
JUDGE CHAMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on the **11th day of January, 2021**, I electronically filed "***Defendant The Health Plan of West Virginia, Inc.'s Motion to Dismiss***," with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Walt Auvil, Esquire<br>THE EMPLOYMENT LAW CENTER, PLLC<br>1208 Market Street<br>Parkersburg, West Virginia 26101<br>(304) 485-3058<br>Fax: (304) 485-6344<br>auvil@theemploymentlawcenter.com<br>*Counsel for Plaintiffs* | Avatara Smith-Carrington, Visiting Attorney<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>3500 Oak Lawn Avenue, Suite 500<br>Dallas, Texas 75219<br>Phone: (214) 219-8585<br>Fax: (214) 219-4455<br>asmithcarrington@lambdalegal.org<br>*Counsel for Plaintiffs* |

3

Anna P. Prakash, Visiting Attorney
Nicole J. Schladt, Visiting Attorney
NICHOLS KASTER, PLLP
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, Minnesota 55402
(612) 256-3200
Fax: 612-338-4878
aprakash@nka.com
nschladt@nka.com
*Counsel for Plaintiffs*

Sasha Buchert, Visiting Attorney LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
(202) 804-6245
Fax: (202) 429-9574
sbuchert@lambdalegal.org
*Counsel for Plaintiffs*

Lou Ann S. Cyrus, Esquire
Roberta F. Green, Esquire
Caleb B. David, Esquire
Kimberly M. Bandy, Esquire
Shuman McCuskey Slicer PLLC
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400
Fax: (304) 343-1826
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com
*Counsel for Defendants William Crouch, Cynthia Beane and West Virginia Department of Health and Human Resources*

Tara L. Borelli, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, Georgia 30308
(470) 225-5341
Fax: (404) 897-1884
tborelli@lambdalegal.org
*Counsel for Plaintiffs*

Nora Huppert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
(213) 382-7600
Fax: (213) 351-6050
nhuppert@lambdalegal.org
*Counsel for Plaintiffs*

Christopher K. Weed, Esquire
David E. Rich, Esquire
Eric Salyers, Esquire
Perry w. Oxley, Esquire
OXLEY RICH SAMMONS
Post Office Box 1704
Huntington, West Virginia 25718
(304) 522-1138
Fax: (304) 522-9528
cweed@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
poxley@oxleylawwv.com
*Counsel for Ted Cheatham*

*/s/ Stuart A. McMillan*
Stuart A. McMillan (WVSB #6352)