(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

Christopher Fain, et al.

v.

William Crouch, et al.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER  3:20-cv-00740

Pursuant to F R Civ P 7.1,  Defendant ,
(type of party)

who is  The Health Plan of West Virginia, Inc. , makes the following disclosure:
(name of party)

1.  Is the party a non-governmental corporate party?

    ☑ YES          ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    None

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    None

    The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date:  02/02/2012                    /s/ Stuart A. McMillan (WVSB #6352)

                                     Signature of Counsel for Party