IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHRISTOPHER FAIN;
ZACHARY MARTELL; and
BRIAN MCNEMAR,
individually and on behalf of all others similarly situated,

          Plaintiffs,

v.                                              CIVIL ACTION NO. 3:20-0740

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services;
WEST VIRGINIA DEPARTMENT OF HEALTH
AND HUMAN RESOURCES, BUREAU FOR
MEDICAL SERVICES;
TED CHEATHAM, in his official capacity as
Director of the West Virginia Public Employees
Insurance Agency; and
THE HEALTH PLAN OF WEST VIRGINIA, INC.,

          Defendants.

**ORDER**

Pending is the Consent Motion to Extend Time and File Combined Brief for Response to Motions to Dismiss Filed by Defendants Crouch, Beane, and West Virginia Department of Health and Human Resources. ECF No. 34. The Court **GRANTS** the Motion. Plaintiffs' collective response in opposition to the motions is due on **March 2, 2021,** and shall total not more than 40 pages in length.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:       February 11, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE