IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*,
individually and on behalf of all others
similarly situated,

*Plaintiffs,*

v.

WILLIAM CROUCH, *et al.*,

*Defendants.*

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**JOINT MOTION TO DISMISS AFFORDABLE CARE ACT CLAIM AGAINST DEFENDANT TED CHEATHAM**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs Brian McNemar and Zachary Martell, and Defendant Ted Cheatham, jointly move this Court to dismiss Mr. McNemar and Mr. Martell's claim against Defendant Cheatham under Section 1557 of the Affordable Care Act.

As relevant to this motion, on November 12, 2020, Mr. McNemar and Mr. Martell filed a complaint challenging the exclusion of gender-confirming care (the "Exclusion") in West Virginia's state employee health plan. ECF No. 1. The complaint includes two claims by Mr. McNemar and Mr. Martell against Defendant Ted Cheatham, including (i) in Count I, a claim under the Equal Protection Clause of the Fourteenth Amendment, pursuant to 42 U.S.C. § 1983; and (ii) in Count II, a claim under Section 1557 of the Patient Protection and Affordable Care Act, pursuant to 42 U.S.C. § 18116 ("Section 1557").

In the interest of streamlining the issues in this case, the parties jointly move the Court to dismiss Mr. McNemar and Mr. Martell's claim in Count II against Defendant Cheatham under

Section 1557 with prejudice. The parties agree that each side will bear its costs and fees as to that claim, and that this motion does not affect any other claim in the case.

Wherefore, the parties jointly request that the Court grant this motion by entering the concurrently submitted proposed order.

Dated: February 15, 2021

Respectfully submitted,

s/ Walt Auvil
Walt Auvil, WV Bar No. 190
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058
Facsimile: 304-485-3058
auvil@theemploymentlawcenter.com

Anna P. Prakash, MN Bar No. 0351362*
Nicole J. Schladt, MN Bar No. 0400234*
NICHOLS KASTER, PLLP
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200
Facsimile: 612-338-4878
aprakash@nka.com
nschladt@nka.com

Tara L. Borelli, GA Bar No. 265084*
Carl S. Charles, NY Bar No. 5427026*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308
Phone: 470-225-5341
Facsimile: 404-897-1884
tborelli@lambdalegal.org
ccharles@lambdalegal.org

Avatara Smith-Carrington, MD Bar*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: 214-219-8585
Facsimile: 214-219-4455
asmithcarrington@lambdalegal.org

Nora Huppert, CA Bar No. 330552*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
Phone: 213-382-7600
Facsimile: 213-351-6050
nhuppert@lambdalegal.org

Sasha Buchert, OR Bar No. 070686*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245
Facsimile: 202-429-9574
sbuchert@lambdalegal.org

* Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

s/ Eric D. Salyers
Perry W. Oxley (WVSB # 7211)
David E. Rich (WVSB #9141)
Eric D. Salyers (WVSB #13042)
Christopher K. Weed (WVSB #13868)
OXLEY RICH SAMMONS, PLLC
P.O. Box 1704
517 9th Street, Suite 1000
Huntington, West Virginia 25718
Phone: (304) 522-1138
Fax: (304) 522-9528
poxley@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
cweed@oxleylawwv.com

*Attorneys for Defendant Ted Cheatham*