# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

CHRISTOPHER FAIN;
ZACHARY MARTELL; and
BRIAN MCNEMAR,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.              CIVIL ACTION NO.   3:20-0740

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services;
WEST VIRGINIA DEPARTMENT OF HEALTH
AND HUMAN RESOURCES, BUREAU FOR
MEDICAL SERVICES;
TED CHEATHAM, in his official capacity as
Director of the West Virginia Public Employees
Insurance Agency; and
THE HEALTH PLAN OF WEST VIRGINIA, INC.,

      Defendants.

**ORDER**

Pending before the Court is Plaintiffs' second Motion for Leave to File Sur-Reply (ECF No. 58). After the Court granted an identical motion (ECF No. 56), the Court Clerk directed plaintiffs to file a signed copy of the Sur-Reply. Plaintiffs instead filed another motion. That motion is **DENIED AS MOOT**, and the Plaintiffs are **DIRECTED** to file the signed Sur-Reply.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: May 20, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE