# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**CHRISTOPHER FAIN; ZACHARY MARTELL;** and **BRIAN MCNEMAR,**
Individually and on behalf of all others similarly situated,

                      **Plaintiffs,**

v.

**WILLIAM CROUCH,** in his official capacity as Cabinet Secretary of the West Virginia Department Of Health and Human Resources; **CYNTHIA BEANE,** in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; **WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; TED CHEATHAM,** in his official Capacity as Director of the West Virginia Public Employees Insurance Agency; and **THE HEALTH PLAN OF WEST VIRGINIA, INC.**

                      **Defendants.**

Civil Action No. 3:20-cv-00740
Hon. Robert C. Chambers, Judge

## WILLIAM CROUCH, CYNTHIA BEANE, AND WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF A PARTIAL ESI PROTOCOL, PROTECTIVE ORDER, DEPOSITION PROTOCOL ORDER, 502(D) CLAWBACK ORDER, AND ORDER REGARDING VIRTUAL DEPOSITIONS

Now come the Defendants, William Crouch, Cynthia Beane and West Virginia Department of Health and Human Resources, Bureau for Medical Services, by counsel, and submit their response to Plaintiffs' Motion for Entry of a Partial ESI Protocol, Protective Order, Deposition Protocol Order, 502(D) Clawback Order, and Order Regarding Virtual Depositions, as well as to provide these Defendants' position on the production of ESI as it relates to the discovery plan in

this matter. This case involves the question of whether the Defendants have certain policies regarding medical coverage and whether or not those policies violate the Plaintiffs' constitutional rights or other federal statutes. Metadata and ESI do not appear likely to play a crucial role in discovery, and focusing on lengthy, detailed formats and protocols for the production of ESI serves only to add unnecessary cost and delay for no anticipated benefit. As such, these Defendants take the position that protocols for the format and production of ESI are not necessary in this matter and object to the adoption of same. Therefore, these Defendants request that Plaintiffs' Motion be denied in part as it relates to request for entry of a Partial ESI Protocol (ECF Doc. No. 77-3), including the proposed Format for Production as well as any further, additional ESI Protocol.

The Plaintiffs first proposed a "Format for the Production of Documents Including Electronically Stored Information" on June 21, 2021, in connection with the Rule 26(f) conference. A follow-up conference was held on July 6, 2021, at which time it was discussed that, without knowing the nature of the documents that the Plaintiffs would be requesting in discovery, the Defendants could not adequately assess the issues surrounding document production and, specifically, the role that ESI may reasonably be expected to play in discovery. Thereafter, the Plaintiffs served requests for production of documents and things on the Defendants. After reviewing the requests, and upon further reflection regarding the nature of the claims and the anticipated evidence, it does not appear that ESI is likely to be critical to the material issues in the case or in connection with the document requests. As such, these Defendants take the position that neither a Format for Production, nor a Stipulated ESI Protocol as proposed by the Plaintiffs are necessary in this matter.  To the contrary, such protocols are anticipated to place an unnecessary burden of time and expense on the parties in producing documents that is not justified in the circumstances given the nature of the case and nature of the issues.

It is anticipated that the Federal Rules of Evidence are adequate to allow the parties to work through, on an individual basis, any particular request for document production that may implicate the need for metadata or ESI to be produced. The Federal Rules of Civil Procedure provide mechanisms to address such discovery issues as they arise, without the need to resort to a separate procedure or protocol.

With respect to additional items outlined in the Report of Parties' Planning Meeting (ECF Doc. No. 73), these Defendants further state that they are in agreement with the following documents:

1. Proposed Protective Order (ECF No. 77-4);
2. Proposed Stipulation for Virtual Depositions (ECF No. 77-7);
3. Proposed Agreed Order Governing the Inadvertent Disclosure of Documents or Other Material Under Rule 502(d) (ECF No. 77-6); and
4. Proposed Order Setting Deposition Protocol Order (77-5).

Wherefore, these Defendants request that the Plaintiffs' Motion be denied in part, that the Court decline to adopt the "Format for the Production of Documents Including Electronically Stored Information" (ECF Doc. No. 77-3), and decline to order any further submission of proposed ESI protocols in this matter.

**WILLIAM CROUCH, CYNTHIA BEANE, and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,**

**By Counsel**

*/s/ Kimberly M. Bandy*
Lou Ann S. Cyrus, Esquire (WVSB #6558)
Roberta F. Green, Esquire (WVSB #6598)
Caleb B. David, Esquire (WVSB #12732)
Kimberly M. Bandy, Esquire (WVSB #10081)
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV 25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**CHRISTOPHER FAIN; ZACHARY MARTELL;** and **BRIAN MCNEMAR,**
Individually and on behalf of all others similarly situated,

                **Plaintiffs,**

v.

**WILLIAM CROUCH,** in his official capacity as Cabinet Secretary of the West Virginia Department Of Health and Human Resources; **CYNTHIA BEANE,** in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; **WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; TED CHEATHAM,** in his official Capacity as Director of the West Virginia Public Employees Insurance Agency; and **THE HEALTH PLAN OF WEST VIRGINIA, INC.**

                **Defendants.**

Civil Action No. 3:20-cv-00740
Hon. Robert C. Chambers, Judge

## CERTIFICATE OF SERVICE

    Now come defendants William Crouch, Cynthia Beane and West Virginia Department of Health and Human Resources, Bureau for Medical Services, by counsel, and hereby certify that on the 20th day of August, 2021, the foregoing **"WILLIAM CROUCH, CYNTHIA BEANE, AND WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF A PARTIAL ESI PROTOCOL, PROTECTIVE ORDER, DEPOSITION PROTOCOL ORDER, 502(D) CLAWBACK ORDER, AND ORDER REGARDING VIRTUAL DEPOSITIONS"** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to, and constitutes service on:

Walt Auvil (WVSB#190)
*Counsel for Plaintiffs*
The Employment Law Center, PLLC
1208 Market Street
Parkersburg, WV 26101-4323
(304) 485-3058
(304) 485-6344 (fax)
auvil@theemploymentlawcenter.com

Anna P. Prakash, Visiting Attorney
Nicole J. Schladt, Visiting Attorney
*Counsel for Plaintiffs*
Nichols Kaster, PLLP
IDS Center, 80 South 8th Street
Suite 4600
Minneapolis, MN 55402
(612) 256-3200
(612) 338-4878 (fax)
aprakash@nka.com
nschladt@nka.com

Sasha Buchert, Visiting Attorney
*Counsel for Plaintiffs*
Lambda Legal Defense and Education Fund, Inc.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
(202) 804-6245
(202) 429-9574 (fax)
sbuchert@lambdalegal.org

Avatara Smith-Carrington, Visiting Attorney
*Counsel for Plaintiffs*
Lambda Legal Defense and Education Fund, Inc.
3500 Oak Lawn Avenue, Suite 500
Dallas Texas 75219-6722
(214) 219-8585
(214) 219-4455 (fax)
asmithcarrington@lambdalegal.org

Nora Huppert, Visiting Attorney
*Counsel for Plaintiffs*
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
(213) 382-7600
(213) 351-6050
nhuppert@lambdalegal.org

Carl. S. Charles, Visiting Attorney
*Counsel for Plaintiffs*
Lambda Legal Defense and Education Fund, Inc.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308
(470) 225-5341
(404) 897-1884 (fax)
ccharles@lamdalegal.org

Tara L. Borelli, Visiting Attorney
*Counsel for Plaintiffs*
Lambda Legal Defense and Education Fund, Inc.
158 West Ponce De Leon Avenue, Suite 105
Decatur, GA 30030
tborelli@lambdalegal.org

Perry W. Oxley (WVSB#7211)
David E. Rich (WVSB#9141)
Eric D. Salyers (WVSB#13042)
Christopher K. Weed (WVSB#13868)
Oxley Rich Sammons, PLLC
*Counsel for Ted Cheatham*
517 9th Street, P.O. Box 1704
Huntington, WV 25718-1704
(304) 522-1138
(304) 522-9528 (fax)
poxley@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
cweed@oxleylawwv.com

| | |
|---|---|
| Stuart A. McMillan (WVSB#6352)<br>***Counsel for The Health Plan of West Virginia, Inc.***<br>BOWLES RICE LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>(304) 347-1110<br>(304) 347-1746 (fax)<br>smcmillan@bowlesrice.com | Aaron C. Boone (WVSB#9479)<br>***Counsel for The Health Plan of West Virginia, Inc.***<br>BOWLES RICE LLP<br>Fifth Floor, United Square<br>501 Avery Street, P.O. Box 49<br>Parkersburg, WV 26102<br>(304) 420-5501<br>(304) 420-5587 (fax)<br>aboone@bowlesrice.com |

/s/Kimberly M. Bandy
Lou Ann S. Cyrus, Esquire (WVSB #6558)
Roberta F. Green, Esquire (WVSB #6598)
Caleb B. David, Esquire (WVSB #12732)
Kimberly M. Bandy, Esquire (WVSB #10081)
***Counsel for William Crouch, Cynthia Beane, and West Virginia Department of Health and Human Resources, Bureau for Medical Services***
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV 25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com