IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*,
individually and on behalf of all others
similarly situated,

    *Plaintiffs,*

v.

WILLIAM CROUCH, *et al.*,

    *Defendants.*

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**JOINT PROPOSED ORDER GRANTING JOINT MOTION TO
CONDUCT MEDIATION OVER VIDEOCONFERENCE**

This matter comes before the Court on the joint motion by all parties to conduct mediation over videoconference rather than in person to mitigate risks from the ongoing COVID-19 pandemic. For good cause shown, IT IS HEREBY ORDERED THAT the parties are permitted to conduct mediation over videoconference instead of attending in-person.

IT IS SO ORDERED.

Dated: _____    _____
                                                                  Honorable Robert C. Chambers
                                                                  U.S. District Court Judge