IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CHRISTOPHER FAIN, *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM CROUCH, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO. 3:20-cv-00740<br><br>HON. ROBERT C. CHAMBERS, JUDGE |

## ORDER GRANTING JOINT MOTION TO
## STAY CERTAIN CASE SCHEDULE DEADLINES

This matter comes before the Court on a joint motion by Defendants The Health Plan of West Virginia, Inc. ("The Health Plan") and Ted Cheatham, and Plaintiffs Zachary Martell and Brian McNemar, to stay certain case schedule deadlines. For good cause shown, it is ORDERED that the parties' joint motion be and hereby is GRANTED:

1. The remaining deadlines in the case schedule are stayed with respect to the claims of Plaintiffs Zachary Martell and Brian McNemar against The Health Plan until the Court rules on the parties' anticipated motion for preliminary approval of a class settlement. If that motion is denied, The Health Plan, Mr. Martell, and Mr. McNemar shall file a status report within 10 days of the Court's ruling with the parties' recommendations regarding further proceedings.

2. The remaining deadlines in the case schedule are stayed with respect to the claims of Plaintiffs Zachary Martell and Brian McNemar against Defendant Cheatham until the Court rules on Plaintiffs' pending motion to file a First Amended Complaint. ECF Nos. 106-109. The October 18, 2021 deadline in the case schedule to serve discovery requests as to claims against

Defendant Cheatham, ECF No. 75 ¶ 2, is stayed until seven days after the Court rules on the motion to amend the complaint.

    IT IS SO ORDERED.

Dated: 10/18/21

_____
Honorable Robert C. Chambers
U.S. District Court Judge