IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CHRISTOPHER FAIN, *et al.*, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 3:20-cv-00740 |
| *Plaintiffs*, | HON. ROBERT C. CHAMBERS, JUDGE |
| v. | |
| WILLIAM CROUCH, *et al.*, | |
| *Defendants.* | |

# ORDER GRANTING JOINT MOTION FOR
# EXTENSION OF DISCOVERY DEADLINE

This matter comes before the Court on a joint motion by Defendants William Crouch, Cynthia Beane, and the West Virginia Department of Health and Human Resources, Bureau of Medical Services and Plaintiffs Christopher Fain, Zachary Martell, and Brian McNemar, for a 90-day extension of the deadline for fact discovery from the current deadline of December 1, 2021 to March 1, 2022. For good cause shown, it is ORDERED that the parties' joint motion be and hereby is GRANTED. The deadline for fact discovery in this case is March 1, 2022.

ENTERED: _____     _____
                                     Honorable Robert C. Chambers
                                     U.S. District Court Judge