## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

**CHRISTOPHER FAIN; ZACHARY MARTELL; and BRIAN MCNEMAR, individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**vs.**

**Case No.:  3:20-cv-00740**
**Judge Robert C. Chambers**

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; TED CHEATHAM, in his official capacity as Director of the West Virginia Public Employees Insurance Agency; and THE HEALTH PLAN OF WEST VIRGINIA, INC.,**

**Defendants.**

### AGREED ORDER FOR SUBSTITUTION OF PARTIES

Pursuant to Fed. R. Civ. P. 25(d), the Defendant, Ted Cheatham, by counsel, moved this Court to substitute Jason Haught as a named defendant in his place and stead. The Court finds the following:

1. Defendant, Ted Cheatham, was the former Director of the West Virginia Public Employees Insurance Agency, and he retired on October 29, 2021.

2. On October 30, 2021, Jason Haught was appointed Interim Director of the West Virginia Public Employees Insurance Agency.

3. Rule 25 of the Federal Rules of Civil Procedure allows for a public officer's successor to be substituted as a party.

1

**WHEREFORE**, the Court does hereby ORDER that Jason Haught, Interim Director of the West Virginia Public Employees Insurance Agency shall be substituted as a defendant in place and stead of Ted Cheatham, former Director of the West Virginia Public Employees Insurance Agency. From the entry of this Order forward, the style of the case shall be changed to reflect said substitution of party.

The Clerk is directed to update the party names accordingly.


Entered this _____ day of _____, 2021.


_____
HONORABLE ROBERT C. CHAMBERS, JUDGE

**TED CHEATHAM, in his official capacity as Director of the West Virginia Public Employees Insurance Agency,**

**BY COUNSEL**

/s/ Eric D. Salyers
Perry W. Oxley, Esq. (WVSB # 7211)
David E. Rich, Esq. (WVSB #9141)
Eric D. Salyers, Esq. (WVSB #13042)
Christopher K. Weed (WVSB #13868)
**OXLEY RICH SAMMONS, PLLC**
P.O. Box 1704
517 9th Street, Suite 1000
Huntington, West Virginia 25718
Phone: (304) 522-1138
Fax: (304) 522-9528
poxley@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
cweed@oxleylawwv.com


**PLAINTIFFS,**

**BY COUNSEL**

/s/ Walt Auvil
Walt Auvil, WVSB No. 190
**THE EMPLOYMENT LAW CENTER, PLLC**
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058
Facsimile: 304-485-6344
auvil@theemploymentlawcenter.com

Avatara Smith-Carrington
**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: 214-219-8585
Facsimile: 214-219-4455
asmithcarrington@lambdalegal.org
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**CHRISTOPHER FAIN; ZACHARY
MARTELL; and BRIAN MCNEMAR,
individually and on behalf of all others similarly
situated,**

**Plaintiffs,**

**vs.**                                                           **Case No.:  3:20-cv-00740
Judge Robert C. Chambers**

**WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, BUREAU FOR MEDICAL
SERVICES; TED CHEATHAM, in his official
capacity as Director of the West Virginia Public
Employees Insurance Agency; and THE
HEALTH PLAN OF WEST VIRGINIA, INC.,**

**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **"Agreed Order for Substitution of Parties"** on this **11**[th] day of **November, 2021,** with the Clerk of the Court using the CM/ECF system, which will send notification of filing, and a copy of the same, to the following CM/ECF participants:

Walt Auvil, WVSB No. 190                    Avatara Smith-Carrington, Visiting Attorney
THE EMPLOYMENT LAW CENTER,            LAMBDA LEGAL DEFENSE AND
PLLC                                                     EDUCATION FUND, INC.
1208 Market Street                              3500 Oak Lawn Avenue, Suite 500
Parkersburg, WV 26101                         Dallas, TX 75219
Phone: 304-485-3058                            Phone: 214-219-8585
Facsimile: 304-485-6344                        Facsimile: 214-219-4455
auvil@theemploymentlawcenter.com        asmithcarrington@lambdalegal.org
*Counsel for Plaintiffs*                          *Counsel for Plaintiffs*

4

Anna P. Prakash, Visiting Attorney
Nicole J. Schladt, Visiting Attorney
NICHOLS KASTER, PLLP
IDS Center, 80 South 8th Street
Suite 4600
Minneapolis, MN 55402
Phone: 612-256-3200
Facsimile: 612-338-4878
aprakash@nka.com
nschladt@nka.com
*Counsel for Plaintiffs*

Tara L. Borelli, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308
Phone: 470-225-5341
Facsimile: 404-897-1884
tborelli@lambdalegal.org
*Counsel for Plaintiffs*

Sasha Buchert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245
Facsimile: 202-429-9574
sbuchert@lambdalegal.org
*Counsel for Plaintiffs*

Nora Huppert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
Phone: 213-382-7600
Facsimile: 213-351-6050
nhuppert@lambdalegal.org
*Counsel for Plaintiffs*

Lou Ann S. Cyrus, Esquire
Roberta F. Green, Esquire
Caleb B. David, Esquire
Kimberly M. Bandy, Esquire
Shuman McCuskey Slicer PLLC
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400
Fax: (304) 343-1826
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com
*Counsel for Defendants William Crouch,
Cynthia Beane and West Virginia Department
of Health and Human Resources*

Stuart A. McMillan
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110
Fax: (304) 347-1746
smcmillan@bowlesrice.com

Aaron C. Boone
BOWLES RICE LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, West Virginia 26102
(304) 420-5501
Fax: (304) 420-5587
aboone@bowlesrice.com
*Counsel for Defendant The Health Plan of
West Virginia, Inc.*

/s/ Eric D. Salyers
Perry W. Oxley, Esq. (WVSB #7211)
David E. Rich, Esq. (WV Bar #9141)
Eric D. Salyers, Esq. (WVSB #13042)
Christopher K. Weed, Esq. (WVSB #13868)