



Post Office Box 320
Huntington, WV 25708

Telephone: 304.525.5700

**Donald B. O'Dell**
dodell@odellmediation.com

December 14, 2021

File No: 21-084

Rory L. Perry, II, Clerk
UNITED STATES DISTRICT COURT
Sidney L. Christie Federal Building
845 Fifth Avenue, Room 101
Huntington, WV 25701

Re:   <u>Christopher Fain, et al. v. William Crouch, et al.</u>
       In the United States District Court for the Southern District of West Virginia
       Civil Action No: 3:20-cv-00740

Dear Mr. Perry:

  As you may know, the parties contacted me and requested that I mediate the above-referenced matter pending before Judge Chambers. Pursuant to LR Civ P 16.6.8, I submit the following report.

  On December 1, 2021, a mediation session was conducted. The parties negotiated openly and knowledgeably about the case. Unfortunately, these negotiations resulted in an impasse. Suffice it to say that the parties have very different evaluations and positions in this matter.

  I am pleased to be of service to the parties, counsel and the Court and am willing to remain involved as the mediator for purposes of the possibility of future negotiations. Should you or Judge Chambers have any questions regarding mediation efforts to date, please do not hesitate to contact me.

Sincerely,

Donald B. O'Dell

DBO:tgc

cc:   The Honorable Robert C. Chambers
      UNITED STATES DISTRICT COURT
      Sidney L. Christie Federal Building, 2nd Floor
      845 Fifth Avenue
      Huntington, WV 25701-2014



Rory L. Perry, II, Clerk
December 14, 2021
Page 2

cc:   asmithcarrington@lambdalegal.org
Avatara Antoinette Smith-Carrington, Esquire
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND
Suite 500
3500 Oak Lawn Avenue
Dallas, TX 75219

tborelli@lambdalegal.org
Tara L. Borelli, Esquire
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND
Suite 105
158 West Ponce De Leon Avenue
Decatur, GA 30030

nguillory@lambdalegal.org
Nicholas "Guilly" Guillory, Esquire
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND
Suite 500
3500 Oak Lawn Avenue
Dallas, TX 75219

aprakash@nka.com
Anna P. Prakash, Esquire
NICHOLS KASTER
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

nschladt@nka.com
Nicole J. Schladt, Esquire
NICHOLS KASTER
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

auvil@theemploymentlawcenter.com
Walt Auvil, Esquire
THE EMPLOYMENT LAW CENTER
1208 Market Street
Parkersburg, WV 26101

lcyrus@shumanlaw.com
kbandy@shumanlaw.com
Lou Ann S. Cyrus, Esquire
Kimberly M. Bandy, Esquire
SHUMAN MCCUSKEY & SLICER
P.O. Box 3953
Charleston, WV 25339

poxley@oxleylawwv.com
esalyers@oxleylawwv.com
cweed@oxleylawwv.com
Perry W. Oxley, Esquire
Eric Salyers, Esquire
Christopher K. Weed, Esquire
OXLEY RICH SAMMONS
P.O. Box 1704
Huntington, WV 25718