# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**CHRISTOPHER FAIN; SHAWN ANDERSON a/k/a SHAUNTAE ANDERSON; and LEANNE JAMES,,**
individually and on behalf of all others similarly situated,

**Plaintiffs,**

v.                                                                               Case No.:  3:20-cv-00740
                                                                                 Judge Robert C. Chambers

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES; and JASON HAUGHT, in his official capacity as Director of the West Virginia Public Employees Insurance Agency,**

**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **"Defendants' Expert Witness Disclosure"** on this **15th** day of **February, 2022,** with the Clerk of the Court using the CM/ECF system, which will send notification of filing, and a copy of the same, to the following CM/ECF participants:

| | |
|---|---|
| Walt Auvil, WVSB No. 190 | Avatara Smith-Carrington, Visiting Attorney |
| THE EMPLOYMENT LAW CENTER, PLLC | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 1208 Market Street | 3500 Oak Lawn Avenue, Suite 500 |
| Parkersburg, WV 26101 | Dallas, TX 75219 |
| Phone: 304-485-3058 | Phone: 214-219-8585 |
| Facsimile: 304-485-6344 | Facsimile: 214-219-4455 |
| auvil@theemploymentlawcenter.com | asmithcarrington@lambdalegal.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

<div style="columns:2">

Anna P. Prakash, Visiting Attorney
Nicole J. Schladt, Visiting Attorney
NICHOLS KASTER, PLLP
IDS Center, 80 South 8th Street
Suite 4600
Minneapolis, MN 55402
Phone: 612-256-3200
Facsimile: 612-338-4878
aprakash@nka.com
nschladt@nka.com
*Counsel for Plaintiffs*

Tara L. Borelli, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308
Phone: 470-225-5341
Facsimile: 404-897-1884
tborelli@lambdalegal.org
*Counsel for Plaintiffs*

Sasha Buchert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245
Facsimile: 202-429-9574
sbuchert@lambdalegal.org
*Counsel for Plaintiffs*

Nora Huppert, Visiting Attorney
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
Phone: 213-382-7600
Facsimile: 213-351-6050
nhuppert@lambdalegal.org
*Counsel for Plaintiffs*

</div>

Lou Ann S. Cyrus, Esquire
Roberta F. Green, Esquire
Caleb B. David, Esquire
Kimberly M. Bandy, Esquire
Shuman McCuskey Slicer PLLC
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400
Fax: (304) 343-1826
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com
*Counsel for Defendants William Crouch, Cynthia Beane and West Virginia Department of Health and Human Resources*

s/Eric D. Salyers
Perry W. Oxley (WVSB #7211)
David E. Rich (WV Bar #9141)
Eric D. Salyers (WVSB #13042)
Christopher K. Weed (WVSB #13868)