*Provided by Allen Funeral Home*

# Leanne Brooke James

*October 23, 1976 ~ February 25, 2022 (age 45)*



Leanne Brooke James, 45, of Hurricane was killed on Friday, February 25, 2022, in a car accident. She was a systems administrator for Kanawha County Schools and an avid amateur radio operator (K8OHZ). She was also a tireless advocate for the transgender community and for LGBTQ equality at the local, state, and federal levels.

Leanne is survived by her daughter, Marissa Mynes; father, Ernest Mynes; sister, Tammy St. Clair (Marvin Carr) all of Hurricane; and her brother, Jeromy Mynes (Beth Bartlett) of Altamonte Springs, FL. She is preceded in death by her mother, Donna Mynes.

A memorial service has not yet been planned. To further her advocacy, the family requests donations to be made in memory of Leanne to Fairness West Virginia at fairnesswv.org/donate.