# Exhibit 18

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 2 of 8 PageID #: 2092

| | |
|---|---|
| CHRISTOPHER FAIN, ET AL vs.<br>WILLIAM CROUCH, ET AL | LOREN S. SCHECHTER, MD<br>03/28/2022 |

```
 1        IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2             HUNTINGTON DIVISION

 3

 4  CHRISTOPHER FAIN; ZACHARY
    MARTELL; BRIAN MCNEMAR, SHAWN
 5  ANDERSON a/k/a SHAUNTAE ANDERSON;
    and LEANNE JAMES, individually
 6  and on behalf of all others
    similarly situated,
 7
    Plaintiffs,
 8            Civil Action No. 3:20-cv-00740
              Hon. Robert C. Chambers, Judge
 9  v.

10  WILLIAM CROUCH, in his official
    capacity as Cabinet Secretary
11  of the West Virginia Department
    of Health and Human Resources;
12  CYNTHIA BEANE, in her official
    capacity as Commissioner for
13  the West Virginia Bureau for
    Medical Services; WEST VIRGINIA
14  DEPARTMENT OF HEALTH AND HUMAN
    RESOURCES, BUREAU FOR MEDICAL
15  SERVICES; JASON HAUGHT, in his
    official Capacity as Director
16  of the West Virginia Public
    Employees Insurance Agency;
17  and THE HEALTH PLAN OF WEST
    VIRGINIA, INC.,
18
    Defendants.
19

20
           VIDEO CONFERENCE DEPOSITION
21                    OF
             LOREN S. SCHECHTER, M.D.
22              March 28, 2022

23

24
```

| | |
|---|---|
| CHRISTOPHER FAIN, ET AL vs.<br>WILLIAM CROUCH, ET AL | LOREN S. SCHECHTER, MD<br>03/28/2022 |

```
 1
 2
 3
 4            VIDEO CONFERENCE DEPOSITION
                         OF
 5             LOREN S. SCHECHTER, M.D.
                   March 28, 2022
 6
 7
 8         Videoconference deposition of DR.
 9   LOREN S. SCHECHTER taken by the Defendants
10   under the West Virginia Rules of Civil
11   Procedure in the above-entitled action,
12   pursuant to notice, before Teresa S. Evans, a
13   Registered Merit Reporter, all parties located
14   remotely, on the 28th day of March, 2022.
15
16
17
18
            REALTIME REPORTERS, LLC
19         TERESA S. EVANS, RMR, CRR
              713 Lee Street
20         Charleston, WV  25301
              (304) 344-8463
21           realtimereporters.net
22
23
24
```

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 4 of 8 PageID #: 2094

CHRISTOPHER FAIN, ET AL vs.  LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL  03/28/2022

1      APPEARANCES:

2  APPEARING FOR THE PLAINTIFFS:

3     THE EMPLOYMENT LAW CENTER
4      Walt Auvil, Esquire
       1208 Market Street
5      Parkersburg, WV  26101

6      Nora Huppert, Esquire
       Lambda Legal Defense and Education
7      Fund, Inc.
       65 E. Wacker Pl, Suite 2000
8      Chicago, IL 60601
       nhuppert@lambdalegal.org
9
       Tara L. Borelli, Esquire
10      Lambda Legal Defense and Education
       Fund, Inc.
11      1 West Court Square, Suite 105
       Decatur, GA 30030
12      tborelli@lambdalegal.org

13      Avatara Smith-Carrington, Esquire
       Lambda Legal Defense and Education
14      Fund, Inc.
       3500 Oak Lawn Avenue, Suite 500
15      Dallas, Texas 75219-6722

16
   APPEARING FOR THE DEFENDANTS:
17
       Caleb David, Esquire
18      Lou Ann Cyrus, Esquire
       SHUMAN, McCUSKEY & SLICER
19      1411 Virginia Street
       Charleston, WV  25339-3953
20

21

22

23

24

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 5 of 8 PageID #: 2095

CHRISTOPHER FAIN, ET AL vs.　　　　　　　　　　　　　　LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL　　　　　　　　　　　　　　　　　　　　　　03/28/2022

1    Q. And when you reviewed that policy, did you
2 believe that those procedures were entirely
3 excluded or -- excuse me, or not covered for
4 transgender patients or for people with gender
5 dysphoria?
6         MS. HUPPERT: Objection to form?
7    A. So it would typically only be transgender
8 individuals who would seek to access those
9 interventions.
10   Q. Well, for instance, in your report, you
11 frequently mention that individuals with breast
12 cancer receive double mastectomy. That's a common
13 occurrence for an individual with cancer, correct?
14   A. That can be, yes, one of the options, as --
15 there may be others.
16   Q. Did you see anything in any of the
17 insurance policies that you reviewed that said if a
18 individual has breast cancer and a double
19 mastectomy is the procedure that is recommended,
20 that the transgendered individual cannot undergo
21 that procedure, it's not covered?
22         MS. HUPPERT: Objection to form.
23   A. So again, I'm -- sex transformation
24 procedures would only be done for transgender

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 6 of 8 PageID #: 2096

CHRISTOPHER FAIN, ET AL vs.
WILLIAM CROUCH, ET AL

LOREN S. SCHECHTER, MD
03/28/2022

1  individuals.
2     Q.  Okay.  What if a cisgender individual
3  wanted one of those procedures?
4     A.  Which procedure?
5     Q.  A -- we'll do a top surgery.  What if a
6  cisgender individual requested a top surgery from
7  -- requested prior approval for coverage for a top
8  surgery from West Virginia Medicaid?
9           MS. HUPPERT:  Object to form.
10    A.  And again, I would need to know more about
11 the situation.  "Top surgery" meaning --
12    Q.  A -- we'll say a double mastectomy.
13          MS. HUPPERT:  Object to form.
14    A.  Cisgender individuals may undergo double
15 mastectomies for a variety of indications:  A
16 predisposition, for example, to breast cancer.  So
17 an individual, cisgender woman - or for that
18 matter, a cisgender man - may have a genetic
19 predisposition, a strong family history.
20          Mastectomy may be one of the treatment
21 options open to them.
22    Q.  And is there anything that you reviewed
23 that would suggest to you that in those same
24 situations for transgender individuals, that those

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 7 of 8 PageID #: 2097

CHRISTOPHER FAIN, ET AL vs.  
WILLIAM CROUCH, ET AL

LOREN S. SCHECHTER, MD  
03/28/2022

1  coverages are not available to them?

2         MS. HUPPERT:  Object to form.

3     A.  So again, the sex transformation -- again,

4  I apologize.  I don't like that particular term,

5  but we'll use, I believe, what's in it.  Sex

6  transformation would only be performed for a

7  transgender individual.

8         A cisgender individual -- at least I

9  haven't had that experience in my practice, to seek

10  a, quote, sex transformation procedure.

11    Q.  Are you aware of West Virginia Medicaid

12  denying coverage for a double mastectomy for

13  someone with cancer because they are transgender?

14        MS. HUPPERT:  Objection to form.

15    A.  Again, my issue is the exclusion or the

16  lack of coverage for sex transformation procedures,

17  which again, are only performed on transgender

18  individuals.

19    Q.  So I can ask the question again.  Are you

20  aware of West Virginia Medicaid denying coverage to

21  an individual with cancer, noncoverage for a double

22  mastectomy, for an individual with cancer because

23  they are transgender?

24        MS. HUPPERT:  Object to form.

Case 3:20-cv-00740 Document 250-22 Filed 05/31/22 Page 8 of 8 PageID #: 2098

CHRISTOPHER FAIN, ET AL vs.  
WILLIAM CROUCH, ET AL

LOREN S. SCHECHTER, MD  
03/28/2022

1  A. I don't recall the specific scale.

2  Q. Okay. Are you familiar with the Grade
3  system providing a strong treatment recommendation?

4  MS. HUPPERT: Object to form.

5  A. I'd have to see the specific scale. I
6  can't speak contemporaneously to the specifics of
7  how they do it, how they -- how Grade grades.

8  Q. Okay. Now, Doctor, in your original report
9  - and I believe that it's in Paragraph 18 - you
10 state "The term transgender is used to describe a
11 diverse group of individuals whose gender identity
12 or internal sense of gender differs from the sex
13 they were assigned at birth."

14  Is that an accurate statement?

15  A. It is.

16  Q. Okay. And there are a couple of different
17 terms in there that I'd like you to define. And
18 the first one is sex.

19  A. Sure. So sex is comprised of several
20 factors, which may include one's anatomy, typically
21 external and/or internal genitalia, chromosomes and
22 their gender identity, their internal sense of who
23 they know themselves to be.

24  Q. So an individual -- let me ask: Do you