IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN and SHAUNTAE ANDERSON; individually and on behalf of all others similarly situated.,

        *Plaintiffs*,

v.

WILLIAM CROUCH, *et al.*,

        *Defendants*.

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**PLAINTIFFS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF STEPHEN B. LEVINE, M.D.**

Now come, Plaintiffs, by and through their counsel, and respectfully move this Court to exclude the expert report, opinions, and testimony of Defendants' proposed expert, Stephen B. Levine, M.D., pursuant to Federal Rules of Civil Procedure 26 and 37, and Federal Rules of Evidence 104, 403, and 702. Dr. Levine is not a qualified expert on gender dysphoria or its treatment, and his opinions and testimony are neither relevant nor reliable pursuant to the standards set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), and its progeny. His opinions and testimony are likewise inadmissible because any probative value they may have is substantially outweighed by the danger of unfair prejudice, confusion of the issues, waste of time, undue delay, and needless presentation of cumulative evidence. *See* Fed. R. Evid. 403.

A memorandum of law is filed contemporaneously herewith.

Dated: May 31, 2022                                         Respectfully submitted,

/s/ Walt Auvil                                              Avatara Smith-Carrington, MD Bar*
Walt Auvil, WVSB No. 190                                    LAMBDA LEGAL DEFENSE AND EDUCATION
THE EMPLOYMENT LAW CENTER, PLLC                             FUND, INC.
1208 Market Street                                          3500 Oak Lawn Avenue, Suite 500
Parkersburg, WV 26101                                       Dallas, TX  75219
Phone: 304-485-3058 | Fax: 304-485-6344                     Phone: 214-219-8585 | Fax: 214-418-9140
auvil@theemploymentlawcenter.com                            asmithcarrington@lambdalegal.org

Anna P. Prakash, MN Bar No. 0351362*                        Tara L. Borelli, GA Bar No. 265084*
Nicole J. Schladt, MN Bar No. 0400234*                      Carl Charles, NY Bar No. 5427026*
NICHOLS KASTER, PLLP                                        LAMBDA LEGAL DEFENSE AND EDUCATION
IDS Center, 80 South 8th Street                             FUND, INC.
Suite 4700                                                  1 West Court Square, Ste. 105
Minneapolis, MN 55402                                       Decatur, GA 30030
Phone: 612-256-3200 | Fax: 612-338-4878                     Phone: 470-225-5341 | Fax: 404-506-9320
aprakash@nka.com                                            tborelli@lambdalegal.org
nschladt@nka.com                                            ccharles@lambdalegal.org

Sasha Buchert, OR Bar No. 070686*                           Nora Huppert, CA Bar No. 330552*
LAMBDA LEGAL DEFENSE AND EDUCATION                          LAMBDA LEGAL DEFENSE AND EDUCATION
FUND, INC.                                                  FUND, INC.
1776 K Street, N.W., 8th Floor                              65 E. Wacker Pl., Suite 2000
Washington, DC  20006-2304                                  Chicago, IL 60601
Phone: 202-804-6245 | Fax: 202-429-9574                     Phone: 312-663-4413 | Fax: 312-663-4307
sbuchert@lambdalegal.org                                    nhuppert@lambdalegal.org

*Attorneys for Plaintiffs*

\* Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CHRISTOPHER FAIN, *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM CROUCH, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO. 3:20-cv-00740<br>HON. ROBERT C. CHAMBERS |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, and any attachments, were served electronically on May 31, 2022 on the following counsel for Defendants in this case:

Lou Ann S. Cyrus (WVSB # 6558)
Roberta F. Green (WVSB #6598)
Caleb B. David (WVSB #12732)
Kimberly M. Bandy (WVSB #10081)
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953, Charleston, WV 25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com, rgreen@shumanlaw.com
cdavid@shumanlaw.com, kbandy@shumanlaw.com

*Attorneys for Defendants William Crouch; Cynthia Beane; and West Virginia Department of Health and Human Resources, Bureau for Medical Services*

Dated: May 31, 2022

Respectfully submitted,

s/ Walt Auvil
Walt Auvil, WV Bar No. 190
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058
Facsimile: 304-485-3058
auvil@theemploymentlawcenter.com