# Exhibit D

```
1                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
2

3    _____

4    KATHEENA SONEEYA,

5                      Plaintiff,          Civil Action
                                           No. 07-12325-DPW
6    V.
                                           April 8, 2019
7    THOMAS A. TURCO III, in his official
     capacity as Commissioner of the
8    Massachusetts Department of Correction,  10:23 a.m.

9                      Defendant.
     _____
10

11

12              TRANSCRIPT OF BENCH TRIAL DAY 1

13         BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

14                UNITED STATES DISTRICT COURT

15              JOHN J. MOAKLEY U.S. COURTHOUSE

16                      1 COURTHOUSE WAY

17                      BOSTON, MA  02210

18

19

20

21
                  DEBRA M. JOYCE, RMR, CRR, FCRR
22                  KELLY MORTELLITE, RMR, CRR
                      Official Court Reporters
23                John J. Moakley U.S. Courthouse
                   1 Courthouse Way, Room 5204
24                      Boston, MA  02210
                       joycedebra@gmail.com
25
```

```
 1    witness, ask me.
 2              MS. HANCOCK:  Okay.  Apologies, your Honor.
 3    BY MS. HANCOCK:
 4    Q.   So two versions were released since 1999, correct?
 5    A.   Correct.
 6    Q.   And one in 2001, as you just testified, right?
 7    A.   Right.
 8    Q.   And another one in 2011; is that right?
 9    A.   Yes.
10    Q.   And as you understand it, there's going to be an eighth
11    version coming out soon, correct?
12    A.   Yes.
13    Q.   And you're not involved in drafting that version, correct?
14    A.   I am not.
15    Q.   And you requested to participate in drafting that version,
16    correct?
17    A.   I'm not sure that's correct.
18    Q.   You did not ask to be involved in drafting that version?
19    A.   I think -- I think I actually might have, now that you
20    bring it up, but I was told I had to be a member of WPATH.
21    Q.   Now, you've worked as a consultant for the DOC since
22    around 2007 or 2008.  Does that sound right?
23    A.   That sounds right.
24    Q.   And you're not technically engaged by the DOC, though,
25    right?
```