# Exhibit E

```
                                                          Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       HUNTINGTON DIVISION
 4    ----------------------------------------------------
 5    Christopher Fain, individually and on behalf of all
 6    others similarly situated, et al.,
 7                Plaintiffs,
 8       vs.                        CIVIL ACTION NO. 3:20-cv-00740
 9    William Crouch, et al.,
10                Defendants.
11    ----------------------------------------------------
12
13
14        REMOTE DEPOSITION OF COMMISSIONER CYNTHIA BEANE
15
16
17    DATE:    March 29, 2022
18    TIME:    8:00 a.m. CST
19    PLACE:   Veritext Virtual Videoconference
20
21
22
23
24    REPORTED BY: KELLEY E. ZILLES, RPR (Via Videoconference)
25    JOB NUMBER:   5096149
```

```
                                                    Page 2
 1                      APPEARANCES
 2
 3   On Behalf of the Plaintiffs (Via Videoconference):
 4         CARL CHARLES, ESQ.
 5         TARA L. BORELLI, ESQ.
 6         Lambda Legal Defense and Education Fund, Inc.
 7         158 West Ponce De Leon Ave., Suite 105
 8         Decatur, Georgia  30030
 9         470.225.5341
10         ccharles@lambdalegal.org
11         tborelli@lambdalegal.org
12
13         AVATARA SMITH-CARRINGTON, ESQ.
14         Lambda Legal Defense and Education Fund, Inc.
15         3500 Oak Lawn Avenue, Suite 500
16         Dallas, Texas  75219
17         214.219.8585
18         asmithcarrington@lambdalegal.org
19
20         NICOLE J. SCHLADT, ESQ.
21         Nichols Kaster PLLP
22         80 South 8th Street, Suite 4700
23         Minneapolis, Minnesota  55402-2224
24         612.256.3291
25         nschladt@nka.com
```

```
                                                         Page 3
 1         WALT AUVIL, ESQ.
 2         The Employment Law Center, PLLC
 3         1208 Market Street
 4         Parkersburg, West Virginia  26101
 5         304.485.3058
 6         auvil@theemploymentlawcenter.com
 7
 8   On Behalf of Defendants William Crouch; Cynthia Beane;
 9   and West Virginia Department of Health and Human
10   Resources, Bureau for Medical Services (Via
11   Videoconference):
12         KIMBERLY M. BANDY, ESQ.
13         LOU ANN S. CYRUS, ESQ.
14         Shuman McCuskey Slicer, PLLC
15         1411 Virginia Street East, Suite 200
16         Charleston, West Virginia  25301
17         304.345.1400
18         kbandy@shumanlaw.com
19         lcyrus@shumanlaw.com
20
21
22
23   NOTE:  The original deposition transcript will be
24   delivered to Tara Borelli, Esq., as the taking attorney.
25
```

Page 119

1  occurred in West Virginia and we put a modifier on so we
2  can get those claims paid.
3       Q.  Does BMS track a gender marker for its members?
4       A.  Meaning male, female?
5       Q.  Correct, including male and female.  Does BMS
6  have a gender marker of male or female or any other kind
7  of gender marker on each member?
8       A.  Yes, when you apply for Medicaid you say whether
9  you're male or female, that's in the system.
10      Q.  And just to go back to our questions a moment
11 ago about that modifier.  So the modifier doesn't,
12 there's no modifier that's attached to transgender
13 members generally, it sounds like that modifier that we
14 were discussing uses one kind to refer access to
15 pregnancy care of a transgender man, is that correct?
16      A.  You are correct.
17      Q.  So back to gender markers.  You testified that
18 each Medicaid member has to designate a marker of male
19 or female when they apply for Medicaid, is that correct?
20      A.  Correct.
21      Q.  And can members change that gender marker at any
22 time after they have originally designated it?
23      A.  I would assume so.  I don't think we have
24 anything stopping that, but I would, I honestly don't
25 know if that's occurring or if that's happening.  I

Page 157

1  works with that does research for Dr. Becker, and I know
2  that Dr. Becker was on the call.
3      Q.  So on a slightly different topic, are you
4  familiar with what social transition refers to?
5      A.  I'm sorry, did you say -- I can't hear you.
6      Q.  Are you familiar with what social transition
7  refers to?
8      A.  I am not.
9      Q.  So that would mean BMS does not have a position
10 on whether transgender children should be prevented from
11 socially transitioning, correct?
12     A.  I don't believe we have a position.  I'm not
13 even sure what it is.
14     Q.  And are you familiar with what is sometimes
15 referred to as conversion therapy?
16     A.  For someone who is gay, like pray the gay away?
17     Q.  Yes, it can be referred to that.  And for
18 purposes of this question, assume that it's applying
19 that principle to be transgender, so assume --
20     A.  Yes, I have heard of that.
21     Q.  Does BMS have a position on whether transgender
22 children should be subjected to conversion therapy?
23     A.  No one should be subjected to that therapy.
24     Q.  Thank you.  All right.  If you are good to keep
25 going for a little while, then I think I'll turn to our