# Exhibit I



Menu ▼

# About the Review



An Introduction to the Cass Review



*Hear from Hilary about why she got involved in the Review*

Children and young people accessing the NHS deserve timely and supportive services, and clinical staff with the training and expertise to meet their healthcare needs.

Not all children and young people who are exploring their gender identity require clinical support from the NHS. However, some young people whose gender identity differs from their gender assigned at birth can experience extreme distress; this is referred to by clinicians as gender dysphoria. These children and young people need clinical support to help them understand the options available to them and to provide appropriate treatment.

The aim of the Cass Review is to ensure that children and young people who are questioning their gender identity or experiencing gender dysphoria, and who need support from the NHS, receive a high standard of care that meets their needs and is safe, holistic and effective.

**About the Review (https://cass.independent-review.uk/about-the-review/)**

**Terms of Reference (https://cass.independent-review.uk/about-the-review/terms-of-reference/)**

**Approach (https://cass.independent-review.uk/about-the-review/approach/)**

**The Chair (https://cass.independent-review.uk/about-the-review/the-chair/)**

**Assurance Group (https://cass.independent-review.uk/about-the-review/assurance-group/)**

**Frequently Asked Questions (https://cass.independent-review.uk/about-the-review/frequently-asked-questions/)**

# Cass Review

Independent Review of Gender Identity Services for Children and Young People

cass.review@nhs.net

 Engage with the Review on Twitter

## Links

Frequently Asked Questions

Terms & conditions

Privacy and cookies

Social media and comments policy