# Exhibit O

**In the Matter of:**

CHRISTOPHER FAIN

vs

WILLIAM CROUCH, et al.

DR. DAN KARASIC

*April 15, 2022*



5010 Dempsey Drive
Cross Lanes WV 25313
304-415-1122

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN; ZACHARY
MARTELL; BRIAN McNEMAR, SHAWN
ANDERSON a/k/a SHAUNTAE ANDERSON;
and LEANNE JAMES, individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.         Civil Action No. 3:20-cv-00740

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, BUREAU FOR MEDICAL
SERVICES; JASON HAUGHT, in his official
capacity as Director of the West Virginia
Public Employees Insurance Agency; and
THE HEALTH PLAN OF WEST VIRGINIA, INC.,

      Defendants.

"CONFIDENTIAL"
VIDEOTAPED DEPOSITION OF DR. DAN KARASIC
BY VIDEO CONFERENCE

---

The videotaped deposition of Dr. Dan Karasic was taken on April 15, 2022, at 12:02 p.m., at 5010 Dempsey Drive, Cross Lanes, West Virginia.

---

ELITE COURT REPORTING, LLC
5010 Dempsey Drive
Cross Lanes, West Virginia   25313
(304) 415-1122

Martha Fourney, CSR

Page 2

```
 1          A P P E A R A N C E S

 2
    Caleb B. David
 3  Attorney at Law
    Shuman McCuskey Slicer, PLLC
 4  1141 Virginia Street, East, Suite 200
    Charleston, West Virginia  25301
 5   (By video conference)

 6
    Walt Auvil
 7  Attorney at Law
    The Employment Law Center, PLLC
 8  1208 Market Street
    Parkersburg, West Virginia  26101
 9   (By video conference)

10
    Avatara Smith-Carrington
11  Attorney at Law
    Lambda Legal Defense and Education Fund
12  3500 Oak Lawn Avenue, Suite 500
    Dallas, Texas  75219-6722
13   (By video conference)

14
    Tara L. Borelli
15  Attorney at Law
    Lambda Legal Defense and Educational Fund
16  1 West Court Square, Suite 105
    Decatur, Georgia  30030
17   (By video conference)

18

19

20

21

22

23

24
```

Elite Court Reporting, LLC
DR. DAN KARASIC, 04/15/2022


Case 3:20-cv-00740   Document 254-16   Filed 05/31/22   Page 4 of 6 PageID #: 7763

Confidential

Page 2

```
 1          A P P E A R A N C E S

 2
    Caleb B. David
 3  Attorney at Law
    Shuman McCuskey Slicer, PLLC
 4  1141 Virginia Street, East, Suite 200
    Charleston, West Virginia  25301
 5   (By video conference)

 6
    Walt Auvil
 7  Attorney at Law
    The Employment Law Center, PLLC
 8  1208 Market Street
    Parkersburg, West Virginia  26101
 9   (By video conference)

10
    Avatara Smith-Carrington
11  Attorney at Law
    Lambda Legal Defense and Education Fund
12  3500 Oak Lawn Avenue, Suite 500
    Dallas, Texas  75219-6722
13   (By video conference)

14
    Tara L. Borelli
15  Attorney at Law
    Lambda Legal Defense and Educational Fund
16  1 West Court Square, Suite 105
    Decatur, Georgia  30030
17   (By video conference)

18

19

20

21

22

23

24
```

Elite Court Reporting, LLC
DR. DAN KARASIC, 04/15/2022

```
 1                    I N D E X

 2

       Witness
 3
           Dr. Dan Karasic
 4


 5     Examination

 6        by Mr. David          Page 05


 7
       Exhibits
 8
           Number 1             Page 17
 9         Number 2             Page 17
           Number 3             Page 27
10         Number 4             Page 54
           Number 5             Page 79
11         Number 6             Page 138
           Number 7             Page 149
12         Number 8             Page 156
           Number 9             Page 163
13

14

15

16

17

18

19

20
       Reporter's Certification       Page 182
21     Errata Sheet/Signature Page    Enclosed

22

23

24
```

 1    A.   Yes.  I'm familiar with the process to
 2    get to gender incongruence by the World Health
 3    Organization for ICD.  But the United States,
 4    in terms of ICD adoption, is way behind the
 5    rest of the world.  So we only -- we were using
 6    ICD-9 which was adopted by -- you know, was
 7    created around 1975, up until just a few years
 8    ago.  And then we moved to ICD-10 while they
 9    were already working on its replacement.
10         So just our CMS - Center for Medicare
11    and Medicaid Services - it is just very slow in
12    new adoption of -- and so they have their own
13    ICD CM, which is the American -- it's the
14    ICD-10-CM, which is the American version of the
15    ICD that's in use here.  I don't know whether
16    I'll still be in practice when ICD-11 is
17    adopted -- or alive, when the ICD-11 is adopted
18    in the United States.
19    Q.   Okay.  So it sounds like it might not
20    matter for practical purposes in the United
21    States anytime soon.  But under ICD-11, for
22    gender incongruence -- if I'm understanding
23    that diagnostic code correctly, there is no
24    requirement of clinically significant distress