IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN and SHAUNTAE ANDERSON; *individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

WILLIAM CROUCH, *et al.*,

*Defendants*.

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**ORDER GRANTING PLAINTIFFS' MOTION
TO EXCLUDE EXPERT TESTIMONY OF STEPHEN B. LEVINE, M.D.**

This matter comes before the Court on the motion of Plaintiffs Christopher Fain and Shauntae Anderson to exclude the testimony of Stephen B. Levine, M.D., a disclosed expert of Defendants William Crouch, Cynthia Beane, and the West Virginia Department of Health and Human Resources, Bureau for Medical Services.

Having considered Plaintiffs' Motion and Memorandum in Support, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Expert Testimony of Stephen B. Levine, M.D. is GRANTED.

This ____ day of _____, 2022.

_____
The Honorable Robert C. Chambers
United States District Judge