# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

CHRISTOPHER FAIN,
SHAUNTAE ANDERSON,
individually and on behalf of all others similarly situated,

           Plaintiffs,

v.                                   CIVIL ACTION NO.   3:20-0740

WILLIAM CROUCH, in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
CYNTHIA BEANE, in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services;
WEST VIRGINIA DEPARTMENTOF HEALTH AND
HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,

           Defendants.

## ORDER

The Court **CANCELS** the current hearing for **July 11, 2022**, and **RESCHEDULES** the hearing for **July 13, 2022,** at **1 p.m.** in Huntington. The Court intends to hear argument on the cross motions for summary judgment at 1 p.m. and will hear argument on the motion for class certification immediately thereafter. The Court grants permission for Plaintiffs' attorney to appear virtually to argue the motion for class certification.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

           ENTER:     June 27, 2022

           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE