**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**CHRISTOPHER FAIN,
SHAUNTAE ANDERSON,** individually
and on behalf of all others similarly situated,

|  |  |
|---|---|
| **Plaintiffs,** | **Civil Action No. 3:20-cv-00740**<br>**Hon. Robert C. Chambers, Judge** |

**v.**

**WILLIAM CROUCH,** in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
**CYNTHIA BEANE,** in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; **WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, BUREAU FOR MEDICAL
SERVICES,**

                        **Defendants.**

## NOTICE OF APPEAL

Defendants William Crouch, Cynthia Beane, and West Virginia Department of Health and

Human Resources, Bureau for Medical Services appeal to the United States Court of Appeals for

the Fourth Circuit from the certification of a class and final judgment as set forth in two

Memorandum Opinion and Orders entered on August 2, 2022, [ECF Nos. 270, 271] and the

Judgment Order entered on August 17, 2022 [ECF No. 273].

                                  **WILLIAM CROUCH,
CYNTHIA BEANE, and
WEST VIRGINIA DEPARTMENT OF
HEALTH AND HUMAN RESOURCES,
BUREAU FOR MEDICAL SERVICES,
By Counsel**

/s/Kimberly M. Bandy
Lou Ann S. Cyrus, Esq. (WVSB #6558)
Roberta F. Green, Esq. (WVSB #6598)
Caleb B. David, Esq. (WVSB #12732)
Kimberly M. Bandy, Esq. (WVSB #10081)
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV  25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**CHRISTOPHER FAIN,
SHAUNTAE ANDERSON,** individually
and on behalf of all others similarly situated,

|  |  |
|---|---|
| **Plaintiffs,** | **Civil Action No. 3:20-cv-00740**<br>**Hon. Robert C. Chambers, Judge** |

**v.**

**WILLIAM CROUCH,** in his official capacity as
Cabinet Secretary of the West Virginia
Department of Health and Human Resources;
**CYNTHIA BEANE,** in her official capacity as
Commissioner for the West Virginia Bureau for
Medical Services; **WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, BUREAU FOR MEDICAL
SERVICES,**

        **Defendants.**

## CERTIFICATE OF SERVICE

   Defendants William Crouch, Cynthia Beane and West Virginia Department of Health and

Human Resources, by counsel, hereby certify that on the 31st day of August, 2022, a true and exact

copy of their ***Notice of Appeal*** was served on counsel via electronic means as follows:

| | |
|---|---|
| Walt Auvil (WVSB#190)<br>***Counsel for Plaintiffs***<br>The Employment Law Center, PLLC<br>1208 Market Street<br>Parkersburg, WV 26101<br>(304) 485-3058<br>(304) 485-6344 (fax)<br>auvil@theemploymentlawcenter.com | Avatara Smith-Carrington, Visiting Attorney<br>(MD Bar)<br>***Counsel for Plaintiffs***<br>Lambda Legal Defense and Education Fund,<br>Inc.<br>3500 Oak Lawn Avenue, Suite 500<br>Dallas Texas 75219<br>(214) 219-8585<br>(214) 481-9140 (fax)<br>asmithcarrington@lambdalegal.org |

Tara L. Borelli, Visiting Attorney
(GA Bar No. 265084)
Carl Charles, Visiting Attorney
(NY Bar No. 5427026)
**_Counsel for Plaintiffs_**
Lambda Legal Defense and Education Fund,
Inc.
1 West Court Square, Suite 105
Decatur, GA  30030
(470) 225-5341
(404) 506-9320
tborelli@lambdalegal.org
ccharles@lambdalegal.org


Sasha Buchert, Visiting Attorney
(OR Bar No. 070686)
**_Counsel for Plaintiffs_**
Lambda Legal Defense and Education Fund,
Inc.
1776 K Street, N.W., 8th Floor
Washington, DC  20006-2304
(202) 804-6245
(202) 429-9574 (fax)
sbuchert@lambdalegal.org

Nora Huppert, Visiting Attorney
(CA Bar No. 330552)
**_Counsel for Plaintiffs_**
Lambda Legal Defense and Education Fund,
Inc.
65 E. Wacker Pl,, Suite 2000
Chicago, IL 60601
(312) 663-4413
(312) 663-4307
nhuppert@lambdalegal.org


Anna P. Prakash, Visiting Attorney
(MN Bar No. 0351362)
Nicole J. Schladt, Visiting Attorney
(MN Bar No. 0400234)
**_Counsel for Plaintiffs_**
Nichols Kaster, PLLP
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN  55402
(612) 256-3200
(612) 338-4878 (fax)
aprakash@nka.com
nschladt@nka.com


/s/Kimberly M. Bandy
Lou Ann S. Cyrus, Esq. (WVSB #6558)
Roberta F. Green, Esq. (WVSB #6598)
Caleb B. David, Esq. (WVSB #12732)
Kimberly M. Bandy, Esq. (WVSB #10081)
**_Counsel for William Crouch, Cynthia Beane, and
West Virginia Department of Health and Human
Resources, Bureau for Medical Services_**
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV  25339
(304) 345-1400; (304) 343-1826 (fax)
lcyrus@shumanlaw.com
rgreen@shumanlaw.com
cdavid@shumanlaw.com
kbandy@shumanlaw.com